**SO ORDERED.**

**SIGNED this 15 day of April, 2010.**



*Dale L. Somers*
Dale L. Somers
UNITED STATES BANKRUPTCY JUDGE

___

Not Designated for Publication
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

ROGER ALAN PROFFITT,

                DEBTOR.

CASE NO. 09-13651-7
CHAPTER 7

### JUDGMENT DENYING RODNEY B. PROFFITT'S MOTION

### TO SET ASIDE THE DEBTOR'S DISCHARGE

This matter came before the Court for hearing on April 8, 2010, on an order to show cause. On March 9, Creditor Rodney B. Proffitt filed a motion asking to have the Debtor's discharge set aside. On March 11, the Court issued an order directing the Creditor to appear before the Court on April 8, 2010, and show cause why his motion should not be summarily denied because under Federal Rule of Bankruptcy Procedure 7001(4), an effort to revoke a discharge must be brought as an adversary proceeding,

which can only be commenced by filing a complaint, as provided in Federal Rule of Civil Procedure 3, made applicable to adversary proceedings by Bankruptcy Rule 7003. On March 14, the Bankruptcy Noticing Center sent a copy of the show cause order to the Creditor by first class mail. The Creditor failed to appear at that hearing or otherwise respond to the show cause order. At the hearing, the Court announced that the Creditor's motion would be denied.

In accordance with Bankruptcy Rule 9021 and Civil Rule 58(a), judgment is hereby entered denying the Creditor's motion (docket no. 48).

# # #

2